**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Audwin L. DAVIS, Defendant–**
**Appellant.**

No. 01–4143.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 18, 2001.

James M. Nachman, Nachman & Kaufman, L.L.P., Richmond, VA, for appellant. Stephen Wiley Miller, Office of the United States Attorney, Richmond, VA, for appellee.

Before DIANA GRIBBON MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Audwin L. Davis appeals the district court's revocation of supervised release imposed pursuant to a conviction for possession of a firearm by a controlled substance

abuser. Davis's attorney has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), stating that there are no meritorious issues for appeal. On Davis's behalf, counsel contends that the district court abused its discretion in finding Davis in violation of his supervised release and in imposing a twelve-month period of active incarceration. Davis has filed a pro se supplemental brief also claiming that the district court abused its discretion.

We have reviewed the claims and find no abuse of discretion. *See United States v. Davis,* 53 F.3d 638, 642–43 (4th Cir.1995). In addition, we have examined the entire record in this case in accordance with the requirements of *Anders* and find no meritorious issues for appeal. We therefore affirm.

■ This court requires that counsel inform his client, in writing, of his right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on the client. Finally, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*